# EXHIBIT A

17675965\V-7

Chapter 74 of the Acts of 2010

AN ACT RELATIVE TO ASSAULT AND BATTERY BY MEANS OF A BODILY SUBSTANCE UPON CORRECTIONAL FACILITY EMPLOYEES AND EXPANDING THE PROHIBITION ON THE DISSEMINATION OF OBSCENITY.

Be it enacted by the Senate and House of Representatives in General Court assembled, and by the authority of the same as follows:

. . .

SECTION 2. Section 31 of chapter 272 of the General Laws, as appearing in the 2008 Official Edition, is hereby amended by striking out, in lines 40 to 43, inclusive, the definition of Matter and inserting in place thereof the following definition:-

"Matter", any handwritten or printed material, visual representation, live performance or sound recording including, but not limited to, books, magazines, motion picture films, pamphlets, phonographic records, pictures, photographs, figures, statues, plays, dances, or any electronic communication including, but not limited to, electronic mail, instant messages, text messages, and any other communication created by means of use of the Internet or wireless network, whether by computer, telephone, or any other device or by any transfer of signs, signals, writing, images, sounds, data, or intelligence of any nature transmitted in whole or in part by a wire, radio, electromagnetic, photoelectronic or photo-optical system.

SECTION 3. The definition of visual material in said section 31 of said chapter 272, as so appearing, is hereby amended, by inserting after the word computer, the following words:- , telephone or any other device capable of electronic data storage or transmission.

Approved, April 12, 2010