UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN BOOKSELLERS
FOUNDATION ET AL
    Plaintiff

    V.

CIVIL ACTION:10CV11165-RWZ

MARTHA COAKLEY, ATTY GENERAL
    Defendant

## ORDER OF DISMISSAL

ZOBEL, D.J.                                      APRIL 25, 2011

The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

                                                      By the Court,

                                                      s/ Lisa A. Urso
                                                      Deputy Clerk

30day.ord